# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gaedeke Williston Basin Holdings, Ltd. f/n/a Gaedeke Bakken Holdings, Ltd. (a Texas Limited Partnership),<br><br>    Plaintiff,<br><br>vs.<br><br>Ritter, Laber & Associates, Inc. (a North Dakota corporation), Ritter Family Trust UAD March 1, 2006 (a North Dakota Trust), Thomas T. Ritter (an individual resident of North Dakota), RAK Petroleum Company (a South Dakota corporation), Pilot Energy Group, LLC (a North Dakota corporation),<br><br>    Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br><br><br><br><br><br><br><br><br>Case No. 1:16-cv-350 |

Before the court are motions for attorneys Kevin G. Maguire and Tate Hemingson to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Kevin G. Maguire and Tate Hemingson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 13 and 14) are **GRANTED**. Attorneys Kevin G. Maguire and Tate Hemingson are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2016.

                                                       */s/ Charles S. Miller, Jr.*
                                                     Charles S. Miller, Jr.
                                                     United States Magistrate Judge